UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al.,<br><br>               Plaintiffs,<br><br>   v.<br><br>BARRY CIVIL CONSTRUCTION, INC.,<br><br>               Defendant. | C13-1883 TSZ<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    Plaintiffs' unopposed motion for attorney's fees and costs, docket no. 14, is GRANTED. The Clerk is DIRECTED to enter supplemental judgment in favor of plaintiffs and against defendant Barry Civil Construction, Inc. in the amount of $792.00 in attorney's fees and $459.50 in costs, for a total of $1,251.50.[1]

---

[1] Plaintiffs' request for interest for the period from April 16, 2014, until June 20, 2014, in the amount of $25.45, is superfluous. The Judgment, which was entered on June 20, 2014, docket no. 13, explicitly runs from April 16, 2014.

MINUTE ORDER - 1

(2)     The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of August, 2014.

                                                William M. McCool  
                                                Clerk

                                                s/Claudia Hawney  
                                                Deputy Clerk

MINUTE ORDER - 2