UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BARRY CIVIL CONSTRUCTION, INC.,<br><br>Defendant. | C13-1883 TSZ<br><br>ORDER |

This matter comes before the Court on the application, docket no. 19, of Plaintiffs and judgment creditors Locals 302 and 612 of the International Union of Operating Engineers Construction Industry Health and Security Fund, Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Fund, Western Washington Operating Engineers-Employers Training Trust Fund, and Local 302 International Union Of Operating Engineers to extend the Court's judgments effective June 20, 2014, and August 6, 2014, for an additional ten years pursuant to

ORDER - 1

RCW 6.17.020(3).  Plaintiffs made their application within 90 days before the expiration of the original ten-year period of the judgments and, therefore, their application is GRANTED.

**Conclusion**

For the foregoing reasons, the Court ORDERS:

(1) Plaintiffs' application for extension of judgment, docket no. 19, is GRANTED.  It is ORDERED that the life of the June 20, 2014, and August 6, 2014, judgments are EXTENDED for an additional ten-year period.

(2) Pursuant to 29 U.S.C. § 1132(g)(2), Plaintiffs are AWARDED $570.00 in attorney's fees for two-hours of work in relation to preparation of their application.

(3) The Clerk is DIRECTED to enter supplemental judgment in accordance with this Order.

(4) The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 16th day of August, 2024.

Thomas S. Zilly
United States District Judge

ORDER - 2